IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LE SAMUEL PALMER,**

        **Petitioner,**

v.                                        Case No. 4:17cv559-MW/CAS

**STATE OF FLORIDA,**

        **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case file, including service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on January 11, 2018.**

                                              s/Mark E. Walker         
                                              **United States District Judge**